Cause No. CR1224183-6
CR1224234 thru CR1224243 FANNIN COU
(Consolidated Cases)

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/7/2015 2:19:58 PM
DEBBIE AUTREY
Clerk

| | |
|---|---|
| State Of Texas | § In The 336th |
| V. | § District Court |
| Patrick Ortega | § Fannin County, Texas |

## Defendant's Notice Of Appeal From The Denial Of A Motion For Nunc Pro Tunc Order

To The Honorable Judge Of Said Court:

Now Comes Patrick Ortega, Ex Parte Movant in the above entitled and numbered cause and respectfully makes this his notice of appeal and would show this Court:

1. On October 19, 2015 Movant placed a Motion For Nunc Pro Tunc Order in the Boyd Unit Institutional Mailbox of which was filed on October 23, 2015. Movant seeks to correct a clerical error in his judgment of conviction and sentence wherein the Trial Court failed to render and pronounce his fines to run concurrently pursuant to Section 3.03 Penal Code & Article 42.08 V.A.C.C.P. (see: State v. Crook 248 S.W. 3d 172 (Tex Crim. App. 2008) Held "(1) the trial court is statutorily required to order defendants . . . fines on each count . . . concurrently (2) Concurrent sentence provision applies to the entire sentence including fines"

2. On November 3, 2015 the Trial Court on Page 3 of said motion rendered an Order denying the relief requested in Violation of Article I § 10 & §19 Texas Constitution wherein the Movant was not afforded a hearing and opportunity to be heard and was not afforded an attorney for that purpose thus he was denied Due Process & Equal Protection Of The Law under the State & Federal Constitution 5th 6th & 14th Amend-

1.

ments U.S.C.A.

3. If the Trial Court had found that it did pronounce the fines to run concurrently, then it is plain error demonstrated by Movant's Exhibit #1 for the Texas Department Of Criminal Justice, to fail to execute Movants Judgment and Sentence as it was pronounced, thus depriving the movant of his property in violation of the Due Process Clause Article I §19 Tex Const. 14th Amendment U.S.C.A. and Additionally wherein the Movant specifically plead that he was not provided notice and a copy of the Garnishment Order, thus the Trial Court abused it's discretion in failing to sustain Movants allegations, and Order T.D.C.J. to reimburse the Movant by placing the Movants Pecuniary Funds back into his Trust Fund Account Acct. No. 1809035.

## Relief Requested

Wherefore premises considered Movant respectfully requests that his Appeal be processed through the proper Court Of Appeals, and that he be provided a free Copy of the Clerks Record and Court Reporters Record in which to prepare a pro se Appellate's Brief, and attached is a Declaration of Inability to Pay Cost. Please include the Garnishment Order [s] in the Clerks Record in the above numbered Causes and an itemized list of what is owed. T.R.A.P. Rule 20.2

Respectfully Requested

_Patrick Ortega_

## Mailbox Rule

I, Patrick Ortega, verify and declare that a True & Correct copy of the foregoing was placed in the Boyd Unit Institutional Mailbox properly addressed to the Court postage prepaid on this 2nd day of December 2015.

_Patrick Ortega_

Patrick Ortega #1809035
Boyd Unit, J813-B
200 Spur 113
Teague, Tx. 75860

Legal Mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT~
JUSTICE-
INSTITUTIONS DIVISION

75418437399

Attn. Nancy Young,
Fannin County District Clerk
101 E. Sam Rayburn Dr., Rm. 201
Bonham, Tx. 75418



NORTH TEXAS TX FRANC
DALLAS TX 750
04 DEC 2015 PM 13 I